THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PEARLIE VEGA                                                                                      PLAINTIFF

        v.                              CIVIL NO. 08-2117

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                             DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 29, 2008, plaintiff submitted a complaint for filing in this district, together with a motion to proceed *in forma pauperis* (IFP). Plaintiff failed to provide a signed affidavit or application detailing her assets and financial means along with her motion.

By Order dated June 5, 2009, this court directed plaintiff to furnish the court with a completed application or pay the filing fee by July 19, 2009. Plaintiff failed to file the requested information with the court or to pay the filing fee.

Based on the above, we recommend plaintiff's case be dismissed. **The parties have ten days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 12th day of August, 2009.

                                      /s/   *J. Marschewski*
                                    HON. JAMES R. MARSCHEWSKI
                                    UNITED STATES MAGISTRATE JUDGE