IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PEARLIE VEGA                                                                           PLAINTIFF

v.                                    CIVIL NO. 08-2117

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                          DEFENDANT

## O R D E R

Now on this 9th day of September, 2009, comes on for consideration the Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski (document # 5, file August 12, 2009), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that is should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Report and Recommendation is adopted *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is hereby dismissed.

IT IS SO ORDERED.

                                                                    HON. ROBERT T. DAWSON
                                                                    UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 0 9 2009

CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK

AO72A
(Rev. 8/82)